1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  MICHAEL C. KEO
6

7

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10 | MICHAEL C. KEO, an individual ) Case No.: 8:22-cv-02266-DOC-ADS

11 |          Plaintiff,          ) **PLAINTIFF'S NOTICE OF**
                                  ) **VOLUNTARY DISMISSAL OF**
12 |     vs.                      ) **ENTIRE ACTION WITH**
                                  ) **PREJUDICE PURSUANT TO**
13 |                              ) **FEDERAL RULE OF CIVIL**
   GOLDWYN ENTERPRISES, INC., a   ) **PROCEDURE 41(a)(1)**
14 | California corporation;      )

15 |          Defendants.         )

**PLEASE TAKE NOTICE** that Plaintiff Michael C. Keo ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revelant part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A)   *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant GOLDWYN ENTERPRISES, INC. a California corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: March 6, 2023

_____/s/ Pamela Tsao_____
Pamela Tsao, attorney for Plaintiff
Michael C. Keo

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**8:22-CV-02266-DOC-ADS**